# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HOLBROOK,** | Case No. **2:15-CV-02003-WBS-CKD** |
| Plaintiff, | **ORDER** |
| vs. | |
| **RASH CURTIS & ASSOCIATES** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own fees, costs and expenses.

Dated: March 17, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1